**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1321**

---

In Re:  THELMA MATHIS,

Debtor.

---

THELMA L. MATHIS,

Appellant,

versus

MID-STATE HOMES, INCORPORATED; JIM WALTER
HOMES, INC.,

Appellees,

and

ROBERT KANE, Trustee,

Party-in-interest.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-01-1791, BK-99-10158-SSM)

---

Submitted:  August 29, 2002      Decided:  September 4, 2002

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thelma L. Mathis, Appellant Pro Se.  Stephen Keith Gallagher, LECLAIR RYAN, P.C., Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thelma L. Mathis appeals from the district court's order affirming the bankruptcy court's orders denying relief on her claims and determining the amounts due under a secured deed of trust on Mathis' real property.  Our review of the record and the opinions below discloses no reversible error. As the district court correctly noted, the bankruptcy court's thorough opinions reflect no error.  Accordingly, we affirm.  See Mathis v. Mid-State Homes, Inc., Nos. CA-01-1791-A (E.D. Va. Feb. 22, 2002); BK-99-10158-SSM (Bankr. E.D. Va. July 25, 2001 & Jan. 22, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED